B6F (Official Form 6F) (12/07)

In re  Lanny Jay Bicio,
       Patricia Susanne Bicio
       _____,
                        Debtors

Case No.  2:12-bk-74004

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unknown**<br><br>Quantum Servicing Corporation<br>Attn: Commercial Asset Management<br>6302 East MLK Blvd., Suite 300<br>Tampa, FL 33619 | | J | 02 - 12<br>Unsecured | | | | 15,000.00 |
| Account No. **Unknown**<br><br>Rialto Capital Advisers<br>Attn: Commercial Asset Management<br>6302 East MLK Blvd., Suite 300<br>Tampa, FL 33619 | | J | 02 - 12<br>Unsecured | | | | 15,000.00 |
| Account No. **3721 & Others**<br><br>Whitson-Morgan Motor Co., Inc.<br>P O Box 439<br>Clarksville, AR 72830 | | J | 02 - 12<br>Unsecured | | | | 1,200.00 |
| Account No.<br><br>Whitson Morgan Motor Co., Inc.<br>C/O District Court Clerk<br>P O Box 581<br>Clarksville, AR 72830 | | | Representing:<br>Whitson-Morgan Motor Co., Inc. | | | | Notice Only |
| **0** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 31,200.00 |
| | | | Total<br>(Report on Summary of Schedules) | | | | 31,200.00 |

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

IN RE:
LANNY JAY BICIO  CASE NO: 12-74004
PATRICIA SUSANNE BICIO  CHAPTER 13
    Debtors

## DECLARATION UNDER PENALTY OF PERJURY

    I declare under penalty of perjury that I have read the foregoing Amended Schedule "F", consisting of 1 page, and that it is true and correct to the best of my knowledge, information and belief.

DATE: 03/06/13

    __/s/_Lanny Jay Bicio_____
    LANNY JAY BICIO

DATE: 03/06/13

    __/s/_Patricia Susanne Bicio__
    PATRICIA SUSANNE BICIO

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

IN RE:
**LANNY JAY BICIO**
**PATRICIA SUSANNE BICIO**
    Debtors

CASE NO: 12-74004
CHAPTER 13

## VERIFICATION OF AMENDED CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of Creditors, consisting of 1 sheet(s), is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

DATE:  03/06/13

        __/s/_Lanny Jay Bicio_____
        LANNY JAY BICIO

DATE:  03/06/13

        __/s/_Patricia Susanne Bicio__
        PATRICIA SUSANNE BICIO

SIGNED:__/s/_Lee Kuykendall__
    Lee Kuykendall
    Attorney for Debtor(s)
    Bar No:  75074

```
Quantum Servicing Corporation
Attn: Commercial Asset Management
6302 East MLK Blvd., Suite 300
Tampa FL 33619


Rialto Capital Advisers
Attn: Commercial Asset Management
6302 East MLK Blvd., Suite 300
Tampa FL 33619


Whitson Morgan Motor Co., Inc.
C/O District Court Clerk
P O Box 581
Clarksville AR 72830


Whitson-Morgan Motor Co., Inc.
P O Box 439
Clarksville AR 72830
```

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

IN RE:
LANNY JAY BICIO                           CASE NO: 12-74004
PATRICIA SUSANNE BICIO                    CHAPTER 13
    Debtors

## AFFIDAVIT OF MAILING

    I, Lee Kuykendall, attorney for the above-named debtor(s), hereby certify that on the date set forth below a true and correct copy of the foregoing Amended Schedule "F" and Amended Creditor Matrix was mailed to:

                Hon. Charles Tucker
                Office of United States Trustee
                Bank of America Building
                200 West Capitol, Suite 1200
                Little Rock  AR  72201

                Hon. Joyce Bradley Babin
                U.S. Bankruptcy Trustee
                P O Box 8064
                Little Rock  AR  72203-8064

and to all creditors whose names and addresses are set forth on the attached list.

DATE: 03/06/13

                __/s/_Lee Kuykendall___
                Lee Kuykendall
                Attorney at Law
                P O Box 184
                Fort Smith  AR  72902

A T & T Universal Card
P O Box 20507
Kansas City MO 64195

A T & T Universal Card
P O Box 6500
Sioux Falls SD 57117-6500

Access Credit Management, Inc.
P O Box 250531
Little Rock AR 72225

Access Credit Management, Inc.
C/O Audrianna Grisham
Attorney at Law
P O Box 13980
Maumelle AR 72113

AFNI, Inc.
P O Box 3517
Bloomington IL 61702-3517

American Medical Collection Agency
4 Westchester Plaza, Suite 110
Elmsford NY 10523

American Medical Collection Agency
2269 S. Saw Mill River Road, Bldg. 3
Elmsford NY 10523

American Medical Collection Agency
P O Box 1235
Elmsford NY 10523-0935

Anderson's Gas & Propane, Inc
6216 Highway 45
Hindsville AR 72738

```
Baptist  Health Center
P O Box 841263
Dallas TX 75284-1263


Baptist Health Center
C/O Medical financial Solutions
P O Box 50868
Kalamazoo MI 49005


CenturyLink
P O Box 6001
Marion LA 71260-6001


Chase Bank
P O Box 15298
Wilmington DE 19850-5298


Citibank
Attn:  Bankruptcy Dept.
P O Box 20507
Kansas City MO 64195


Collection Service, Inc.
P O Box 7545
Little Rock AR 72217-7545


Convergent Outsourcing, Inc.
ER Solutions, Inc.
P O Box 9004
Renton WA 98057-9004


Cooper Clinic
Business Office Operations
P O Box 17025
Fort Smith AR 72913-3528


Cooper Clinic
C/O Account Resolution Corporation
P O Box 3860
Chesterfield MO 63006-3860
```

Cooper Clinic
C/O PFS Group
7670 Woodway Drive, Suite 250
Houston TX 77063-1519

Discover Bank
ATTN: Bankruptcy Dept.
P O Box 3025
New Albany OH 43054-3025

Discover Bank
P O Box 30943
Salt Lake City UT 84130

Discover Bank
P O Box 8003
Hilliard OH 43026-8003

Discover Bank
P O Box 15192
Wilmington DE 19850-5192

Discover Bank
C/O Gamache & Myers, P.C.
Attorneys at Law
103-B North College
Fayetteville AR 72701

Discover Bank
C/O Gamache & Myers, P.C.
Attorneys at Law
1000 Camera Avenue, Suite A
Saint Louis MO 63126

Discover Bank
C/O Circuit Court Clerk
P O Box 189
Clarksville AR 72830-0189

Dish Network
Echostar Satellite, LLC
5701 S. Santa Fe Drive
Littleton CO 80120

```
Dish Network
Echostar Satellite, LLC
P O Box 9033
Littleton CO 80160


Dish Network
Echostar Satellite, LLC
P O Box 6633
Englewood CO 80112


Friendship State Bank
1 Main Street
Friendship IN 47021


Household Bank
HSBC Card Services
P O Box 5253
Carol Stream IL 60197


Household Bank
HSBC Card Services
P O Box 5213
Carol Stream IL 60197


Household Bank
HSBC Card Services
P O Box 80084
Salinas CA 93912-0084


Household Bank
C/O Allen & Withrow
Attorneys at Law
P O Box 17248
Little Rock AR 72222


Johnson Regional Medical Center
P O Box 738
Clarksville AR 72830


Johnson Regional Medical Center
C/O Accts Receivable Management Svcs
P O Box 638
Paris TN 38242-0638
```

Johnson Regional Medical Center
C/O Mid-South Credit Bureaus, Inc.
P O Box 1567
Paris TN 38242-1567


Jones, Rose & Lawton
Certified Public Accountants
P O Box 945
Russellville AR 72811-0945


Mid-Continent Credit Services
P O Box 75076
Wichita KS 67275


Mid-South Credit Bureaus, Inc.
P O Box 1567
Paris TN 38242-1567


MSC Industrial Direct Co., Inc.
C/O Greenberg, Grant & Richards, Inc.
5858 Westheimer Road, Suite 500
Houston TX 77057


MSC Industrial Direct Co., Inc.
C/O Greenberg, Grant & Richards, Inc.
P O Box 571811
Houston TX 77257-1811


NCO Financial Systems, Inc.
507 Prudential Road
Horsham PA 19044


NCO Financial Systems, Inc.
P O Box 15740
Wilmington DE 19850-5740


NCO Financial Systems, Inc.
P O Box 13570
Philadelphia PA 19101

Portfolio Recovery Associates, LLC
P O Box 41067
Norfolk VA 23541


Professional Credit Management
939 North Highway 67
Florissant MO 63031


Professional Credit Management
P O Box 1686
Mountain Home AR 72654-1686


Professional Credit Management
P O Box 4037
Jonesboro AR 72403


Professional Credit Management
P O Box 10274
Fayetteville AR 72703-0039


Quest Diagnostics
P O Box 3099
Southeastern PA 19398-3099


Radiologists of Russellville
P O Box 9178
Russellville AR 72811


Regions Bank
Bankruptcy Department
P O Box 10063
Birmingham AL 35202-0063


Regions Bank
P O Box 11007
Birmingham AL 35288

Regions Bank
P O Box 100
Clarksville AR 72830


Retina Associates, P.A.
C/O Collection Service, Inc.
P O Box 7545
Little Rock AR 72217-7545


Retina Associates, P.A.
C/O Collection Service, Inc.
Prospect Building
1501 North University, Suite 950
Little Rock AR 72207


Rob Reg Yng
105 Broadway, Suite 300
Nashville TN 37201


Sallie Mae Servicing Corporation
P O Box 9500
Wilkes Barre PA 18773-9500


Sallie Mae Servicing Corporation
P O Box 9640
Wilkes Barre PA 18773-9640


State Farm Bank
Attn:  Bankruptcy Dept.
P O Box 2328
Bloomington IL 61702-2328


State Farm Bank
Attn:  BCC - Floor 5
112 East Washington Street
Bloomington IL 61701-9974


TCM Bank
C/O Tate & Kirlin Associates
2810 Southampton Road
Philadelphia PA 19154-1207

```
The CBE Group, Inc.
1309 Technology Parkway
Cedar Falls IA 50613-6976


The CBE Group, Inc.
P O Box 2635
Waterloo IA 50704-2635


U.S. Bank
ATTN: Bankruptcy Dept
P O Box 5229
Cincinnati OH 45201-5229


U.S. Bank
P O Box 2188
Oshkosh WI 54903-2188


U.S. Bank
P O Box 6352
Fargo ND 58125-6352


U.S. Bank
P O Box 108
Saint Louis MO 63166-9801


U.S. Department of Education
Direct Loan Servicing Center
P O Box 5609
Greenville TX 75403-5609


U.S. Department of Education
FedLoan Servicing
P O Box 69184
Harrisburg PA 17106-9184


U.S. Small Business Administration
409 3rd Street, SW
Washington DC 20416
```

```
Verizon Wireless
Attn:  Bankruptcy Dept.
P O Box 3397
Bloomington IL 61702


Whitson-Morgan Motor Co., Inc.
1300 South Rogers Street
Clarksville AR 72830


Xerox Corporation
C/O James, Stevens & Daniels
1283 College Park Drive
Dover DE 19904-8713
```

```
Quantum Servicing Corporation
Attn: Commercial Asset Management
6302 East MLK Blvd., Suite 300
Tampa FL 33619


Rialto Capital Advisers
Attn: Commercial Asset Management
6302 East MLK Blvd., Suite 300
Tampa FL 33619


Whitson Morgan Motor Co., Inc.
C/O District Court Clerk
P O Box 581
Clarksville AR 72830


Whitson-Morgan Motor Co., Inc.
P O Box 439
Clarksville AR 72830
```